IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS (Kansas City)

| | |
|---|---|
| In re: ) | |
| Dawson M Moore ) | Case No. 25-21692 |
| ) | Chapter 13 |
| ) | |
| Debtors. ) | |

**OBJECTION BY KANSAS STATE BANK TO CONFIRMATON OF PLAN**

COMES NOW Kansas State Bank, (hereinafter "Creditor") by and through its attorney of record, Lewis Rice, LLC pursuant to 11 U.S.C. §1322, 1325, and 1328 and respectfully objects to Debtors' Chapter 13 Plan and in support thereof states as follows:

1. Dawson M Moore ("Debtor") filed a petition under Chapter 13 of the Bankruptcy Code on November 17, 2025 (the "Filing Date").

2. Creditor is a secured Creditor with respect to the following collateral:

    a. A motor vehicle, 2017 Chevy 2500 Duramax Crew Cab, secured by loan agreement dated July 15, 2024 ("July Loan Agreement") in the principal amount of $39,771.23, Loan # 2422626. A copy of the July Loan Agreement is attached hereto as Exhibit "A". The payoff as of Jan. 7, 2026 is $29,090.44.

    b. Two truck tractors, 2005 Peterbilt Model 379 and 2001 Kenworth T600, secured by loan agreement dated October 2, 2024 (the "October Loan Agreement") in the principal amount of $70,199.00, Loan # 2422686. A copy of the October Loan Agreement is attached hereto as Exhibit "B". The payoff as of Jan 7, 2026 is $57,264.72.

    c. Two motor vehicles, 2014 Dodge Ram 3500 Dually W/Balebed and 2015 Ford F-250 Super Duty, and plus Two Trailers, 2016 Neville Built Trailers, and 2022 Load Trail Model Tra Rem Title Deck Trailer secured by loan agreement dated

January 21, 2025 (the "January Loan Agreement") in the principal amount of $85,000.00, Loan # 2522763. A copy of the January Loan Agreement is attached hereto as Exhibit "C". The payoff as of Jan. 7, 2026 is $92,866.41.

3. Debtors failed to cure the pre-petition arrearages arising from the July Loan Agreement in the amount of $28,695.93. A copy of the July Loan Agreement Balance and History is attached hereto as Exhibit "D".

4. Debtors failed to cure the pre-petition arrearages arising from the October Loan Agreement in the amount of $56,903.43. A copy of the October Loan Agreement Balance and History is attached hereto as Exhibit "E".

5. Debtors failed to cure the pre-petition arrearages arising from the July Loan Agreement Balance and History in the amount of $85,000. A copy of the January Loan Agreement is attached hereto as Exhibit "F".

6. Debtor's Chapter 13 Plan fails to include payments to pay Creditor's claims in full.

7. Debtors list incorrect values for some collateral and omit other collateral. For example, the Debtor lists a value for the 2017 Chevy at approximately $17,000, but the KBB Private Party value is approximately $34,000. Debtor also incorrectly states other values.

8. Debtor proposes to pay less than the value and retain the aforementioned collateral, but debtor fails to account for all of the additional collateral securing loans made by Creditor.

9. Creditor estimates the value of the collateral at more than $200,000, while the obligations currently total approximately $180,000. In addition, Creditor has security interests in certain other equipment, value to be determined. See attached as Exhibit G & H.

10. As a result, Creditor is over secured, and entitled to full payment of all outstanding loans, plus interest, plus attorney fees.

11. Creditor requests its claims be provided for, with appropriate interest, in their Chapter 13 Plan in the amount of $500.00 monthly.

12. Creditor objects that Debtor's plan fails to comply with, *inter alia*, 11 U.S.C. § 1322(b), 1325(a), and confirmation should be denied.

WHEREFORE, having fully prayed, Creditor requests that Debtors Confirmation of Plan be denied and for such other and further relief as the Court deems proper.

*LEWIS RICE LLC*

By: */s/ Louis J. Wade*
    Louis J. Wade #13042
    10484 Marty St.
    Overland Park, KS 66212
    Email: lwade@lewisrickc.com
    (913) 643-5132 Fax (913) 642-8742
    ATTORNEY FOR KANSAS STATE BANK

**CERTIFICATE OF SERVICE**

       The undersigned certifies that a complete copy of the foregoing instrument along with the Exhibits was filed with the court using the CM/ECF which sent notification to all parties of interest participating in the CM/ECF System (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of January, 2026:

| | |
|---|---|
| **Via US Mail:**<br>Dawson M Moore<br>4030 Rock Creek Ter<br>Rantoul, KS 66079<br>DEBTOR | **Via Email/ECF**:<br>**Ryan Michael Graham**<br>Wm Law<br>15095 West 116th Street<br>Olathe, KS 66062<br>ATTORNEY FOR DEBTORS<br><br>William H Griffin<br>5115 Roe Blvd., Suite 200<br>Roeland Park, KS 66205<br>CHAPTER 13 TRUSTEE<br><br>OFFICE OF THE U.S. TRUSTEE<br>301 N. Main, Suite 1150<br>Wichita, Kansas 67202<br>U.S. TRUSTEE<br><br>*/s/ Louis J. Wade*<br>Louis J. Wade #13042 |