## Account Name and Address

**DAWSON MICHAEL MOORE**

**\*\*\* DO NOT MAIL \*\*\***

## Payment

| | |
|---|---|
| Payment Amount: | **$1,047.04** |
| Principal & Interest Amount: | **$0.00** |
| Past Due Amount: | **$1,047.04** |
| Partially Paid Amount: | **$25.00** |

## Interest

| | |
|---|---|
| Interest Base: | **0 - Interest accrued on 365/365** |
| Interest Rate: | **11.7500 %** |
| Daily Accrual: | **$9.23773** |
| One Months Interest: | **$0.00** |

## Payoff

| | |
|---|---|
| Current Payoff: | **$29,090.44** |
| Payoff Good Thru Date: | **01/07/2026** |
| Next Period Payoff: | **$0.00** |
| Close on Zero Balance: | **Yes** |

## Collateral

| | |
|---|---|
| Collateral: | **504 - TRUCK - USED** |
| Collateral Insurance Expiration Date: | **09/20/2026** |
| Flood Insurance Required: | |
| Flood Insurance Expiration Date: | |
| GAP Coverage: | |

## Payment Details

| | |
|---|---|
| Payment Due Date: | **12/28/2025** |
| Next Scheduled Payment Date: | **01/28/2026** |
| Use Billed Amounts When Splitting Payments: | **No** |
| Payment Type: | **0 - Scheduled payment includes accrued int.** |
| Payment Frequency (Term): | **1** |
| Payment Frequency (Units): | **M - Months** |
| Loan Term | **48** |
| Loan Term (Units): | **M - Months** |

## Dates

| | |
|---|---|
| Original Loan Date: | **07/15/2024** |
| Last Payment Date: | **11/28/2025** |
| Last Renewal Date: | |
| Last Extended Date: | |
| Last Maintenance Date: | **11/24/2025** |
| Payoff Date: | |
| Charged Off Date: | |

## Maturity

| | |
|---|---|
| Maturity Date: | **07/28/2028** |

## Balance Details

| | |
|---|---|
| Original Loan Amount: | **$39,771.23** |
| Current Balance: | **$28,695.93** |
| Interest Accrued: | **$369.51** |
| Late Charge Due: | **$25.00** |

## Internal

| | |
|---|---|
| Account Number: | **2626** |
| Tax ID Number: | |
| Loan/ODP Type: | **31 - CONSUMER - INSTALLMENT** |
| Officer: | **RGM - ROGER MAXWELL** |
| Branch: | **1 - Kansas State Bank** |
| General Ledger Group Code: | **310** |
| Call Report: | **6D - CONSUMER - OTHER LOANS (INCLUDES SINGLE PAYMENT & INSTALLMENT)** |
| Loan Purpose: | **32 - REFINANCE VEHICLE** |
| Class: | **I - INDIVIDUAL** |

DAWSON MICHAEL MOORE
*********************************
  *** DO NOT MAIL ***
*********************************

---

| Date | Description | Amount | Principal | Interest | Escrow | Late/Chg Fees/Other | Balance |
|---|---|---|---|---|---|---|---|
| 7/16/24 | PRINCIPAL ADVANCE | 39,771.23 | 39771.23 | | | | 39,771.23 |
| 8/28/24 | REGULAR PAYMENT | 1,100.00 | 536.67 | 563.33 | | | 39,234.56 |
| 10/16/24 | TELEPHONE TRANSFER FROM DDA | 1,019.08 | 400.20 | 618.88 | | | 38,834.36 |
| 11/06/24 | REGULAR PAYMENT | 1,047.04 | 784.50 | 262.54 | | | 38,049.86 |
| 1/22/25 | TELEPHONE TRANSFER FROM DDA | 2,094.08 | 1150.92 | 943.16 | | | 36,898.94 |
| 1/22/25 | TELEPHONE TRANSFER FROM DDA | 1,047.04 | 1047.04 | | | | 35,851.90 |
| 3/12/25 | LATE CHARGE PAYMENT | 75.00 | | | | 75.00 | 35,851.90 |
| 3/12/25 | REGULAR PAYMENT | 1,047.04 | 481.51 | 565.53 | | | 35,370.39 |
| 4/09/25 | REGULAR PAYMENT | 1,072.04 | 728.22 | 318.82 | | 25.00 | 34,642.17 |
| 5/21/25 | TELEPHONE TRANSFER FROM DDA | 1,072.04 | 578.66 | 468.38 | | 25.00 | 34,063.51 |
| 6/20/25 | TELEPHONE TRANSFER FROM DDA | 1,072.04 | 718.07 | 328.97 | | 25.00 | 33,345.44 |
| 7/22/25 | REGULAR PAYMENT | 1,072.04 | 703.54 | 343.50 | | 25.00 | 32,641.90 |
| 8/15/25 | REGULAR PAYMENT | 1,072.04 | 794.85 | 252.19 | | 25.00 | 31,847.05 |
| 9/18/25 | REGULAR PAYMENT | 1,072.04 | 698.46 | 348.58 | | 25.00 | 31,148.59 |
| 9/29/25 | TRANSFER FROM DDA | 1,047.04 | 936.74 | 110.30 | | | 30,211.85 |
| 11/04/25 | TRANSFER FROM DDA | 1,047.04 | 696.92 | 350.12 | | | 29,514.93 |
| 11/28/25 | TRANSFER FROM DDA | 1,047.04 | 819.00 | 228.04 | | | 28,695.93 |
| | CURRENT BALANCE | 28,695.93 | | | | | |