## Account Name and Address

DAWSON MICHAEL MOORE

*** DO NOT MAIL ***

## Payment

| | |
|---|---|
| Payment Amount: | $1,475.11 |
| Principal & Interest Amount: | $0.00 |
| Past Due Amount: | $0.00 |
| Partially Paid Amount: | $0.00 |

## Interest

| | |
|---|---|
| Interest Base: | 2 - Interest accrued on 365/360 |
| Interest Rate: | 9.2500 % |
| Daily Accrual: | $14.62102 |
| One Months Interest: | $0.00 |

## Payoff

| | |
|---|---|
| Current Payoff: | $57,264.72 |
| Payoff Good Thru Date: | 01/07/2026 |
| Next Period Payoff: | $0.00 |
| Close on Zero Balance: | Yes |

## Collateral

| | |
|---|---|
| Collateral: | 512 - OVER THE ROAD TRUCK |
| Collateral Insurance Expiration Date: | 09/20/2026 |
| Flood Insurance Required: | |
| Flood Insurance Expiration Date: | |
| GAP Coverage: | |

## Payment Details

| | |
|---|---|
| Payment Due Date: | 01/15/2026 |
| Next Scheduled Payment Date: | 01/15/2026 |
| Use Billed Amounts When Splitting Payments: | No |
| Payment Type: | 0 - Scheduled payment includes accrued int. |
| Payment Frequency (Term): | 1 |
| Payment Frequency (Units): | M - Months |
| Loan Term | 60 |
| Loan Term(Units): | M - Months |

## Dates

| | |
|---|---|
| Original Loan Date: | 10/02/2024 |
| Last Payment Date: | 12/15/2025 |
| Last Renewal Date: | |
| Last Extended Date: | |
| Last Maintenance Date: | 08/25/2025 |
| Payoff Date: | |
| Charged Off Date: | |

## Maturity

| | |
|---|---|
| Maturity Date: | 10/15/2029 |

## Balance Details

| | |
|---|---|
| Original Loan Amount: | $70,199.00 |
| Current Balance: | $56,903.43 |
| Interest Accrued: | $336.29 |
| Late Charge Due: | $25.00 |

## Internal

| | |
|---|---|
| Account Number: | 2686 |
| Tax ID Number: | |
| Loan/ODP Type: | 63 - AG (365/360) |
| Officer: | RGM - ROGER MAXWELL |
| Branch: | 1 - Kansas State Bank |
| General Ledger Group Code: | 130 |
| Call Report: | 3 - LOANS TO FINANCE AGRICULTURAL PRODUCTION & OTHER FARM LOANS |
| Loan Purpose: | 22 - PURCHASE VEHICLE |
| Class: | I - INDIVIDUAL |

```
KANSAS STATE BANK        -Loan history record-    LN3653

Loan#-    ██2686         1/07/26              PAGE   1



DAWSON MICHAEL MOORE
************************************
  *** DO NOT MAIL ***
************************************
```

|          |                              |           |           |          |        | Late/Chg   |           |
| Date     | Description                  | Amount    | Principal | Interest | Escrow | Fees/Other | Balance   |
|----------|------------------------------|-----------|-----------|----------|--------|------------|-----------|
| 10/04/24 | PRINCIPAL ADVANCE            | 70,199.00 | 70199.00  |          |        |            | 70,199.00 |
| 1/22/25  | TELEPHONE TRANSFER FROM DDA  | 4,425.33  | 2405.16   | 2020.17  |        |            | 67,793.84 |
| 3/12/25  | LATE CHARGE PAYMENT          | 75.00     |           |          |        | 75.00      | 67,793.84 |
| 3/12/25  | REGULAR PAYMENT              | 1,475.11  | 621.57    | 853.54   |        |            | 67,172.27 |
| 4/09/25  | REGULAR PAYMENT              | 1,500.11  | 991.84    | 483.27   |        | 25.00      | 66,180.43 |
| 4/28/25  | REGULAR PAYMENT              | 1,475.11  | 1152.02   | 323.09   |        |            | 65,028.41 |
| 6/12/25  | TELEPHONE TRANSFER FROM DDA  | 1,500.11  | 723.22    | 751.89   |        | 25.00      | 64,305.19 |
| 6/26/25  | TELEPHONE TRANSFER FROM DDA  | 1,475.11  | 1243.79   | 231.32   |        |            | 63,061.40 |
| 8/06/25  | REGULAR PAYMENT              | 1,500.11  | 810.78    | 664.33   |        | 25.00      | 62,250.62 |
| 9/18/25  | REGULAR PAYMENT              | 2,975.22  | 2262.44   | 687.78   |        | 25.00      | 59,988.18 |
| 11/04/25 | TRANSFER FROM DDA            | 1,475.11  | 750.67    | 724.44   |        |            | 59,237.51 |
| 11/20/25 | TRANSFER FROM DDA            | 1,475.11  | 1231.57   | 243.54   |        |            | 58,005.94 |
| 12/15/25 | TRANSFER FROM DDA            | 1,475.11  | 1102.51   | 372.60   |        |            | 56,903.43 |
|          | CURRENT BALANCE              | 56,903.43 |           |          |        |            |           |