## Account Name and Address

DAWSON MICHAEL MOORE

*** DO NOT MAIL ***

## Payment

| | |
|---|---|
| Payment Amount: | $0.00 |
| Principal & Interest Amount: | $0.00 |
| Past Due Amount: | $92,866.41 |
| #Days Past Due | 78 |
| Partially Paid Amount: | $0.00 |

## Interest

| | |
|---|---|
| Interest Base: | 2 - Interest accrued on 365/360 |
| Interest Rate: | 9.5000 % |
| Daily Accrual: | $22.43056 |
| One Months Interest: | $0.00 |

## Payoff

| | |
|---|---|
| Current Payoff: | $92,866.41 |
| Payoff Good Thru Date: | 01/07/2026 |
| Next Period Payoff: | $0.00 |
| Close on Zero Balance: | No |

## Payment Details

| | |
|---|---|
| Payment Due Date: | 10/21/2025 |
| Next Scheduled Payment Date: | 10/21/2025 |
| Use Billed Amounts When Splitting Payments: | No |
| Payment Type: | 5 - Single payment at maturity basis |
| Payment Frequency (Term): | 6 |
| Payment Frequency (Units): | M - Months |
| Loan Term: | 6 |
| Loan Term (Units): | M - Months |

## Dates

| | |
|---|---|
| Original Loan Date: | 01/21/2025 |
| Last Payment Date: | |
| Last Renewal Date: | |
| Last Extended Date: | 09/24/2025 |
| Last Maintenance Date: | 12/04/2025 |
| Payoff Date: | |
| Charged Off Date: | |

## Maturity

| | |
|---|---|
| Maturity Date: | 10/21/2025 |

## Balance Details

| | |
|---|---|
| Original Loan Amount: | $85,000.00 |
| Current Balance: | $85,000.00 |
| Interest Accrued: | $7,866.41 |
| Late Charge Due: | $0.00 |

## Internal

| | |
|---|---|
| Account Number: | *2763 |
| Tax ID Number: | |
| Loan/ODP Type: | 63 - AG (365/360) |
| Officer: | RGM - ROGER MAXWELL |
| Branch: | 1 - Kansas State Bank |
| General Ledger Group Code: | 130 |
| Call Report: | 3 - LOANS TO FINANCE AGRICULTURAL PRODUCTION & OTHER FARM LOANS |
| Loan Purpose: | 18 - FARM EXPENSE/ OPERATIONAL |
| Class: | I - INDIVIDUAL |

## Collateral

| | |
|---|---|
| Collateral: | 504 - TRUCK - USED |
| Collateral Insurance Expiration Date: | 09/20/2026 |
| Flood Insurance Required: | |
| Flood Insurance Expiration Date: | |
| GAP Coverage: | |

DAWSON MICHAEL MOORE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
  \*\*\* DO NOT MAIL \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date | Description | Amount | Principal | Interest | Escrow | Late/Chg Fees/Other | Balance |
|---|---|---|---|---|---|---|---|
| 1/22/25 | PRINCIPAL ADVANCE | 59,563.92 | 59563.92 | | | | 59,563.92 |
| 1/22/25 | PRINCIPAL ADVANCE | 10,000.00 | 10000.00 | | | | 69,563.92 |
| 1/22/25 | TELEPHONE TRANSFER ADVANCE | 15,436.08 | 15436.08 | | | | 85,000.00 |
| | CURRENT BALANCE | 85,000.00 | | | | | |