# Line of credit Collateral

325 G John Deere skid loader  328 hrs          38.000
Seri # 1TO325GKLIKJ363977

333E John Deere skid loader  1,181 Hours       40.000
Seri # 1TO333EMTGE 292517

400 SXD Ditch with  trencher  599 Hours        13200
Seri # 4K0250

XAS 90JD 85 CFM Pull behind compressor 609 Hrs   12900
Serit HoL603613

F250 ford truck — Already on line of credit
Vin # 1FT7x2B69FEA39737

~~2004~~
Kenworth T600 Semi 365,000 miles — Like to use this
vin # 1XKADT9X9IR864217   ( on down payment of New Semi

9660 Sts John deere combine 3,781 Hrs         59.000
Seri # HO9660S711766

625 F John deere bean Head                     18000
Seri # HOO625F711254

2015
Neville Buit  Srain trailer                    26,000
vin # 1N9GT3428GF175977





325 g
333 E



325g slid
333E skid

Home > SOLD! August 08 Construction Equipment Auction
> 1995 Ditch Witch 400SX trencher

  

SAVE SEARCH    UPCOMING EQUIPMENT    SHARE

**Expand All Images** ⊕



⊕    ⊕    ⊕    ⊕

⊕    ⊕    ⊕    ⊕

⊕    ⊕    ⊕    ⊕

⊕    ⊕    ⊕    ⊕

Feedback



**SAVE SEARCH**



**UPCOMING EQUIPMENT**



**SHARE**

**DQ6837**

**1995 Ditch Witch 400SX trencher**

WaKeeney, KS

08/08/24

**CLOSED**

| Contract Price | High Bidder |
|---|---|
| $13,200 | 408126 |

**DQ6837 Video**



**DQ6837 Item Details** —

**1995 Ditch Witch 400SX trencher**

- Hours: 32 on meter
- Serial: 4M0109

**Engine**

- Cylinders: 4
- Fuel type: Diesel

**Transmission**

- Hydrostatic
- Four wheel drive

**Features**

- Trencher
  - Estimated dig depth: 54"
  - Cutting width: 5"
  - Teeth: Dirt
- Vibratory plow

**Tires**

- Size: 26x12.00-12

**Notes**

- Plow shank missing

**Equipment Financing** +

**Shipping and Transportation** +

**Item Description** +

**Find Similar** +

**Bid Increments** 

**1995 Ditch Witch 400SX trencher has sold in WaKeeney, Kansas for $13200. Item DQ6837 sold on August 8th, 2024.**

Purple Wave is selling a used Trencher or Rock Saw in Kansas. This item is a 1995 Ditch Witch 400SX trencher with the following: Hours: 32 on meter, Serial: 4M0109

This 1995 Ditch Witch 400SX trencher will sell to the highest bidder regardless of price.



400SX trencher



Pull behind compressor



Pull behind compressor

# 1997 ATLAS COPCO XAS90JD



USD    **USD $12,900**

**Machine Location:** 135 Highway 16 Glendive, Montana 59330

## Seller Information

**Badland Truck Sales**

**Contact:** Jeremy Alley

**Phone:**   **+1 406-982-7056**

Glendive, Montana 59330

Visit Our Website

**+1 406-982-7056**

**Video Chat**



Hide Thumbnails

## Description

1997 Atlas Copco XAS90JD towable compressor, 185 cfm, 125 psi, john deere 4039 diesel, new

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. ⊗

View our Cookies Policy and Privacy Policy to learn more.

Case 25-21692   Doc# 25-7   Filed 01/13/26   Page 12 of 25

| | | | |
|---|---|---|---|
| **Year** | 1997 | **Manufacturer** | ATLAS COPCO |
| **Model** | XAS90JD | **Hours** | 3,498 |
| **Condition** | Used | **Hours Meter** | Accurate / Verified |
| **Free Air Delivery** | 185 CFM | **Rated Pressure** | 125 psi |
| **Power Type** | Engine Powered | **Pull Behind** | Yes |
| **Axle Type** | Single | **Hitch Type** | Pintle |
| **Engine Manufacturer** | John Deere | **Engine Model** | 4039 |
| **Fuel Type** | Diesel | | |

Show As Paragraph

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics.

View our Cookies Policy and Privacy Policy to learn more.



combine 9660

# 2007 JOHN DEERE 9660 STS SH



USD   **USD $69,500**

**Machine Location:** <u>19504 Hwy 30 W</u> <u>Carroll, Iowa 51401</u>

## Seller Information

**Haley Equipment, Inc.**

**Contact:** Sales

**Phone:** **(712) 792-3724**

Carroll, Iowa 51401
<u>Visit Our Website</u>

**(712) 792-3724**

**Video Chat**

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. ⊗

View our Cookies Policy and Privacy Policy to learn more.



Hide Thumbnails

## Description

2007 John Deere 9660STS Sidehill 3211eng/2213sep hrs 520/85R42 duals 600/65R20 rears Mauer MFG bin extension

## Specifications

| | | | |
|---|---|---|---|
| Year | 2007 | Manufacturer | JOHN DEERE |
| Model | 9660 STS SH | Hours | 3,211 |
| Serial Number | H09660S721880 | Separator Hours | 2,213 |
| Condition | Used | Stock Number | 28853 |
| Crop Type | Corn/Beans | Terrain Type | Sidehill |
| Separator Type | Rotor | Class | 6 |

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics.

View our Cookies Policy and Privacy Policy to learn more.

Show As Paragraph



## AG EQUIPMENT FINANCING CURR

FLEXIBLE TERMS • COMPETITIVE RATES • GET PRE-APPROVED TO
AUCTION DEALS WELCOME

×

### Seller Information

**Randall Brothers**
**Contact:** Sales

**Phone: +1 419-582-8066**

Holgate, Ohio 43527
Visit Our Website
**+1 419-582-8066**

**WhatsApp**

**Video Chat**



This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. ⊗
View our Cookies Policy and Privacy Policy to learn more.



Hide Thumbnails

## Description

WALKER!!, 800/65R32 singles, 16.9-26 rears, variable speed feederhouse, 3 speed transmission, chopper, chaff spreader, single point hookups, Maurer bin extension, dial a matic, dial speed, auto header height control, cab mirrors, safety lights, buddy seat, With JD ATU Steering wheel, 2682/4050 hours QUICK & EASY ONSITE LOW FIXED RATE FINANCING AVAILABLE. TRUCKING AVAILABLE ANYWHERE. IF YOU ARE PLANNING A TRIP TO LOOK AT A PIECE OF EQUIPMENT, PLEASE CALL FIRST TO CONFIRM THAT IT IS ON THE LOT AND STILL AVAILABLE

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics.

View our Cookies Policy and Privacy Policy to learn more.

| Model | 9660 | Hours | 2,682 |
| --- | --- | --- | --- |

| **Condition** | Used | **Stock Number** | 27350 |

Show As Paragraph

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics.
View our Cookies Policy and Privacy Policy to learn more.



9660 combine



625 bean Head

# 2014 JOHN DEERE 625F



USD    **USD $21,000**

**Machine Location:** 3525 Pear St. St Joseph, Missouri 64503

## Seller Information

**SkyView Equipment**

**Contact:** Sales Department

**Phone:** **(816) 233-3149**

Saint Joseph, Missouri 64503

Visit Our Website

**(816) 233-3149**

**Video Chat**



Hide Thumbnails

## Description

Really nice 25ft auger head. Always shedded and well taken care of.

## Specifications

| | | | |
|---|---|---|---|
| **Year** | 2014 | **Manufacturer** | JOHN DEERE |
| **Model** | 625F | **Serial Number** | 1H00625FVD0755258 |
| **Condition** | Used | **Stock Number** | 5258LM |
| **Divider Rods** | Yes | **Cutterbar Type** | Flex |
| **Gathering Type** | Auger | **Auto Contour** | Yes |
| **Auto Height Control** | Yes | **Reel Type** | Pick Up |
| **Fore/Aft Reel** | Yes | **Fore/Aft Reel Type** | Hydraulic |
| **Cutting Width** | 25 ft | | |

Show As Paragraph

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. (×)

View our Cookies Policy and Privacy Policy to learn more.

# 2014 JOHN DEERE 625F



USD    **USD $21,000**

**Machine Location:** 3525 Pear St, St Joseph, Missouri 64503

## Seller Information

**SkyView Equipment**
**Contact:** Sales Department

**Phone:** **(816) 233-3149**

Saint Joseph, Missouri 64503
Visit Our Website
**(816) 233-3149**

**Video Chat**



Hide Thumbnails

## Description

Really nice 25ft auger head. Always shedded and well taken care of.

## Specifications

| | | | |
|---|---|---|---|
| **Year** | 2014 | **Manufacturer** | JOHN DEERE |
| **Model** | 625F | **Serial Number** | 1H00625FVD0755258 |
| **Condition** | Used | **Stock Number** | 5258LM |
| **Divider Rods** | Yes | **Cutterbar Type** | Flex |
| **Gathering Type** | Auger | **Auto Contour** | Yes |
| **Auto Height Control** | Yes | **Reel Type** | Pick Up |
| **Fore/Aft Reel** | Yes | **Fore/Aft Reel Type** | Hydraulic |
| **Cutting Width** | 25 ft | | |

Show As Paragraph

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. ⊗
View our Cookies Policy and Privacy Policy to learn more.

IMG_8396.JPG

9/16/24, 10:33 AM

Neville built trailer

T600 kenworth



https://mail.google.com/mail/u/0/#inbox/FMfcgzQXJGlhQNrBBDxgZDmmMhcHnGjv?projector=1&messagePartId=0.1

# 2013 NEVILLE BUILT 36 ft



USD **USD $26,600**

**Machine Location:** <u>594 N Commerce Ave</u> <u>Harper, Kansas 67058</u>

## Seller Information

**Chisholm Equipment**
**Contact:** Matthew Pence

**Phone: (620) 361-6004**

Harper, Kansas 67058
<u>Visit Our Website</u>
**(620) 361-6004**

**Video Chat**



Hide Thumbnails

## Description

2013 36' Neville Grain Trailer

## Specifications

| | | | |
|---|---|---|---|
| **Year** | 2013 | **Manufacturer** | NEVILLE BUILT |
| **VIN** | 20132632413 | **Condition** | Used |
| **Number of Hoppers** | 2 | **Hopper Operator Type** | Manual |
| **Roll Tarp** | Yes | **Roll Tarp Operator Type** | Manual |
| **Ladder** | Yes | **Ladder Location** | Front and Rear |
| **Length** | 36 ft | | |

Show As Paragraph

This website uses cookies to collect data and enable essential site functionality, marketing, personalization, and analytics. ⓧ
View our Cookies Policy and Privacy Policy to learn more.

Case 25-21692    Doc# 25-7    Filed 01/13/26    Page 25 of 25