

# Kansas Secretary of State
# Production UCC Filing System
## Acknowledgment of UCC1 Filing

EXHIBIT H

Page: 1 of 1

| | |
|---|---|
| Time of Transaction: | 8/23/2024 2:08:51pm |
| Filing Type: | UCC-1 Regular Filing |
| Filing Number: | 120822960 |
| Image Number: | 30632762 |
| Filer Reference Data: | MOORE |

### Debtor Information

MOORE, DAWSON MICHAEL
4030 Rock Creek Terrace
Rantoul, KS 66079

### Secured Party Information

KANSAS STATE BANK
PO Box 720
236 N Main
Ottawa, KS 66067

### Collateral Information

JOHN DEERE SKIDSTEER 325G #1T0325GKLKJ363977:
JOHN DEERE SKIDSTEER 333E #1T0333EMTGE292517

EQUIPMENT. ALL EQUIPMENT INCLUDING, BUT NOT LIMITED TO, ALL MACHINERY, VEHICLES, FURNITURE, FIXTURES, MANUFACTURING EQUIPMENT, FARM MACHINERY AND EQUIPMENT, SHOP EWUIPMENT, OFFICE AND RECORDKEEPING EQUIPMENT, AND PARTS AND TOOLS. ALL EQUIPMENT DESCRIBED IN A LIST OR SCHEDULE WHICH I GIVE TO YOU WILL ALSO BE INCLUDED IN THE PROPERTY, BUT SUCH LIST IS NOT NECESSARY FOR A VALID SECURITY INTEREST IN MY EQUIPMENT. EQUIPMENT MEANS GOODS OTHER THAN INVENTORY, FARM PRODUCTS, OR CONSUMER GOODS. THE TERM EQUIPMENT IS AS DEFINED BY THE UNIFORM COMMERCIAL CODE AND FURTHER AS MODIFIED OR AMENDED BY THE LAWS OF JURISDICTION WHICH GOVERNS THIS TRANSACTION.